LESZYNSKY, Respondent, v. LEVINSOHN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Julius Leszynsky against Otto Levinsohn and others. A. S. Bacon, of New York City, for appellants. J. F. Mulqueen, of New York City, for respondent. No opinion. Order

affirmed, with $10 costs and disbursements. Order filed.